IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GAGE ANDRE DAVIS, II and <br> CHRISTOPHER CHARLES HEINZ <br><br> Defendant. | 8:18CR293 <br><br> ORDER |

This matter is before the court on the Defendants' Unopposed Motions to Continue Trial [37] and [38]. The parties are seeking additional time to finalize plea negotiations with the government.

**IT IS ORDERED** that the Defendants' Unopposed Motions to Continue Trial [37] and [38] are granted as follows:

1. The jury trial, **as to both defendants,** now set for April 23, 2019, is continued to **June 11, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 11, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 22nd day of April 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge