### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR293 |
| vs. | |
| GAGE ANDRE DAVIS, II. | JUDGMENT |
| Defendant. | |

For the reasons set out in the Memorandum and Order of this date,

IT IS ORDERED:

1. The Defendant's correspondence construed as a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (§ 2255 Motion), ECF No. 68, is denied;

2. No certificate of appealability will be issued; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

Dated this 29th day of June, 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge